**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

J.H.,                             :
                                  :
       Plaintiff,              :
                                  :
v.                                :        CASE NO. 3:24-CV-130-CDL-AGH
                                  :
COMMISSIONER OF SOCIAL            :
SECURITY,                         :
                                  :
       Defendant.              :
_____    :

## ORDER

Defendant filed an unopposed motion to remand this case to the Commissioner for further action under sentence four of 42 U.S.C. § 405(g).  The Court considered the motion and the grounds articulated therein and reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g).  This case is consequently remanded to the Commissioner of Social Security.  On remand, the agency will offer the claimant an opportunity for an additional hearing, reevaluate whether Claimant's disability ceased in accordance with 20 C.F.R. § 416.994, and issue a new decision.

The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this 3rd day of March, 2025.

                S/Clay D. Land
                CLAY D. LAND
                UNITED STATES DISTRICT JUDGE